UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

UNITED STATES OF AMERICA    )
    )
V.    )    NO. 2:06-CR-50
    )
MARK A. GILLIAM    )

O R D E R

The defendant has filed a Motion [Doc. 12] for a subpoena duces tecum to the

Tennessee Department of Corrections seeking all of the defendant's inmate records. The

Motion is GRANTED and the Clerk shall issue the subpoena as prepared by the defendant

for service by the United States Marshal Service.

SO ORDERED:


   s/ Dennis H. Inman
United States Magistrate Judge