UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:06-CR-50 |
| | ) | |
| MARK A. GILLIAM | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated December 14, 2007, [Doc. 94]. In that Report and Recommendation, the Magistrate Judge recommends that the defendant's motion to suppress the victim's lineup identification be denied. The defendant has filed an objection to this recommendation, [Doc. 101]. After careful and *de novo* consideration of the record as a whole, including the transcript of the hearing on December 13, 2007, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that the defendant's objection is **OVERRULED**, that the

1

Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 94], and that the motion to suppress be **DENIED**, [Doc. 23].

E N T E R:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE